# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1539
Lower Tribunal No. 2018-CA-12080-O

_____

JANE DOE, on behalf of herself and others similarly situated,

Appellant,

v.

CHARLES WILLIAM FIGEL,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Heather Pinder Rodriguez, Judge.

September 12, 2025

WOZNIAK, J.

Jane Doe, on behalf of herself and others similarly situated, appeals the Order on Plaintiff's Motion to Vacate Order Denying Plaintiff's Motion for Writ and Closing Case Based on Failure to Attend Case Management Conference. The order appealed from followed an order entered February 9, 2024, dismissing Doe's underlying action for her failure to appear at a case management conference.

To the extent that Doe makes arguments that the February 9, 2024, final order dismissing her underlying action was improperly entered, this Court does not have

jurisdiction because Doe's notice of appeal was filed July 12, 2024, and her motion to vacate the order of dismissal did not extend the time to file a notice of appeal. *See* Fla. R. App. P. 9.020(h) (providing a list of motions that toll the time for filing a notice of appeal, which does not include a motion to vacate filed under Florida Rule of Civil Procedure 1.540(b)); *see also Stucky v. BMW of N. Am., LLC*, 389 So. 3d 555, 557 (Fla. 4th DCA 2024) ("The rule 1.540(b) motion did not extend the time to file a notice of appeal.").

However, this Court does have jurisdiction with respect to Doe's appeal from the order denying her motion to vacate entered June 12, 2024, because her notice of appeal was filed within 30 days of that order. *See* Fla. R. App. P. 9.130(a)(5) ("Orders entered on an authorized and timely motion for relief from judgment are reviewable by the method prescribed by this rule."). Finding no merit in Doe's arguments directed at this order, we affirm.

DISMISSED in part; AFFIRMED in part.

TRAVER, C.J., and STARGEL, J., concur.

Paul S. Rothstein, of Paul S. Rothstein, P.A., Gainesville, for Appellant.

No Appearance for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED
